# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Theresa Troeckler, et al,
*Plaintiffs*

v.

Case Number: 14-40-MJR-PMF

Mark Stueck, et al,
*Defendants*

# NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 51 & 52     DOCUMENT TITLE: Notice of Appearance

One of the following errors/deficiencies has been identified in the document listed above:

☒ Other: The Notice of Appearance filed at Document 51 was also filed at Documents 52 & 53. When an attorney lists all parties represented on a Notice of Appearance, they need only file that initial Notice. Duplicate filings are not needed. See Section 4.0, page 4.9 (Civil) or 5.0, page 5.8 (Criminal) of the April, 2006 CM/ECF User's Manual. Filers must not attach any pleading or other paper already on file with the court. Merely refer to that document number.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Other: For information purposes only.

## ACTION REQUIRED BY FILER

☒ No further action required by the filer.

Dated: March 13, 2014

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ A. McNew*
Deputy Clerk