# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA TROECKLER and CANDICE ZEISER,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD ZEISER, MARK STUECK, KYVON SERVICES, LLC, HTTP MANAGEMENT GROUP, INC. d/b/a KYVON, PROCOMM VOICE AND DATA SOLUTIONS, INC. a/k/a U.S. TECHNOLOGIES SYSTEMS, INC. a/k/a OXY-THERM, INC. d/b/a KYVON, WILLIAM REYNOLDS, BRIGHTON LEWIS, INC., STEVE JACOBSEN, TRACKING THE WORLD, INC., KYVON, LAWRENCE HOPP and MARGARET CHRISTINE HOPP,<br><br>    Defendants. | Case No. 3:14-cv-00040-MJR-PMF |

## ENTRY OF APPEARANCE

COMES NOW Kevin P. Schnurbusch of Rynearson, Suess, Schnurbusch & Champion, LLC and does hereby enter his appearance as lead counsel on behalf of Defendants, HTTP Management Group, Inc., ProComm Voice and Data Solutions, Inc., Kyvon, Lawrence Hopp and Margaret Christine Hopp in the above-captioned action.

                                                **RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, L.L.C.**

                                                BY:   /s/Kevin P. Schnurbusch
                                                    Kevin P. Schnurbusch       #6192368
                                                      Maureen A. McMullan       #6257908
                                                      Attorneys for Defendants HTTP, ProComm,
                                                      Kyvon, L. Hopp and M. Hopp
                                                     500 N. Broadway, Suite 1550
                                                     St. Louis, MO 63102
                                                     (314) 421-4430
                                                     (314) 421-4431/FAX
                                                 E-Mail: kschnurbusch@rssclaw.com
                                                               mmcmullan@rssclaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on April 1, 2014 upon:

| | |
|---|---|
| Shaun M. Falvey | Scott M. McKinnis |
| Brown & Crouppen, P.C. | Hockensmith McKinnis Hamill, P.C. |
| 211 North Broadway, Suite 1600 | 12801 Flushing Meadows Dr., Suite 101 |
| St. Louis, MO 63102 | Town & Country, MO 63131 |
| E-Mail: ShaunF@getbc.com | E-Mail: mckinnis@htmhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

*/s/ Kevin P. Schnurbusch*