# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA TROECKLER and CANDICE ZEISER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DONALD ZEISER, MARK STUECK, KYVON SERVICES, LLC, HTTP MANAGEMENT GROUP, INC. d/b/a KYVON, PROCOMM VOICE AND DATA SOLUTIONS, INC. a/k/a U.S. TECHNOLOGIES SYSTEMS, INC. a/k/a OXY-THERM, INC. d/b/a KYVON, WILLIAM REYNOLDS, BRIGHTON LEWIS, INC., STEVE JACOBSEN, TRACKING THE WORLD, INC., KYVON, LAWRENCE HOPP and MARGARET CHRISTINE HOPP,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 14-00040-SMY-PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS OF PLAINTIFFS AND DEFENDANTS HTTP MANAGEMENT GROUP, INC., PROCOMM VOICE AND DATA SOLUTIONS, INC., KYVON, LAWRENCE HOPP AND MARGARET CHRISTINE HOPP

COME NOW Plaintiffs Theresa Troeckler and Candice Zeiser, by and through counsel, and defendants HTTP Management Group, Inc., ProComm Voice and Data Solutions, Inc., Kyvon, Lawrence Hopp and Margaret Christine Hopp, by and through counsel, and pursuant to Fed. R. Civ. Pro. 41(a) state for their Joint Motion to Dismiss:

1.　　Plaintiffs and these Defendants have entered into a settlement agreement wherein the Plaintiffs have agreed to release all of their claims against these Defendants for the consideration of a payment of $3750.00. The terms of the settlement agreement are fully set forth in the Release and Settlement Agreement, attached as Exhibit A.

2. As the Plaintiffs' claims against these Defendants have been fully resolved, these parties request that this Court dismiss the Plaintiffs' claims against these Defendants with prejudice.

3. Plaintiffs' claims against all other defendants remain.

WHEREFORE, Plaintiffs and defendants HTTP Management Group, Inc., ProComm Voice and Data Solutions, Inc., Kyvon, Lawrence Hopp and Margaret Christine Hopp, respectfully request this Court to dismiss Plaintiffs' claims against these Defendants **with prejudice**, and for such other and further relief as the Court deems proper.

| **BROWN & CROUPPEN, P.C.** | **RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, L.L.C.** |
|---|---|
| By: */s/ Shaun M. Falvey* <br> Shaun M. Falvey #6284797 <br> *Attorneys for Plaintiffs* <br> 211 N. Broadway, Suite 1600 <br> St. Louis, MO 63102 <br> (314) 421-0216 <br> (314) 421-0359/FAX <br> E-Mail: ShaunF@getbc.com | By: */s/ Maureen A. McMullan* <br> Kevin P Schnurbusch #6192368 <br> Maureen A. McMullan #6257908 <br> *Attorneys for Defs. HTTP, ProComm, Kyvon, L. Hopp and M. Hopp* <br> 500 N. Broadway, Suite 1550 <br> St. Louis, MO 63102 <br> (314) 421-4430 <br> (314) 421-4431/FAX <br> E-Mail: kschnurbusch@rssclaw.com <br> mmcmullan@rssclaw.com |

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on November 20, 2014 upon:

Shaun M. Falvey
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
*Attorneys for Plaintiffs*
ShaunF@getbc.com

Phillip I. Morse
Phillip I. Morse, LLC
5381 Highway N, Suite 102
Cottleville, MO 63304
*Attorneys for Mark Stueck*
*and Kyvon Sevices, LLC*
phillipmorselaw@sbcglobal.net

Amy L Fehr
Arthur S. Margulis
William S. Margulis
Capes Sokol et al.
7701 Forsyth Boulevard, 12th Floor
Clayton, MO 63105
*Attorneys for Donald Zeiser*
fehr@capessokol.com
amargulis@capessokol.com
wmargulis@capessokol.com

Scott M. McKinnis
Hockensmith McKinnis Hamill, P.C.
12801 Flushing Meadows Dr., Ste. 101
Town & Country, MO 63131-1829
*Attorneys for Kyvon*
mckinnis@hmhpc.com

Stephen R. Welby
Law Office of Stephen R. Welby
The Shell Building
1221 Locust Street, Suite 407
St. Louis, MO 63103
*Attorneys for Steve Jacobsen*
welbylawfirm@yahoo.com

Gregory N. Smith
The Law Office of Gregory N. Smith
7733 Forsyth Blvd., Suite 1850
St. Louis, MO 63105
*Attorneys for William Reynolds*
*and Brighton Lewis, Inc.*
gregs@gnsmithlaw.com

            */s/ Maureen A. McMullan*